Julius BARTELSON et al. v. Charles E. STEWART, Receiver of Michigan Sanitarium & Benevolent Association.

No. 6922.

Circuit Court of Appeals, Sixth Circuit.

Feb. 7, 1936.

Oliver O. Clagett, of Battle Creek, Mich., for appellants.

Tracy, Chapman & Welles, of Toledo, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

---

In the Matter of Guisseppina BELONI, Bankrupt.

No. 7337.

Circuit Court of Appeals, Sixth Circuit.

Feb. 5, 1936.

Frazer & Popkin, of Detroit, Mich., for appellant.

PER CURIAM.

Docketed and dismissed pursuant to stipulation of counsel.

---

William BERGER, Appellant, v. UNITED STATES of America.

No. 10666.

Circuit Court of Appeals, Eighth Circuit.

May 9, 1936.

Marcy K. Brown, Jr., of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Richard K. Phelps, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, for failure to comply with rules 37 and 38 and section 4 of rule 26 of this court, on motion of counsel for appellee.

---

William BERKOWITZ v. Theophil KLINGMANN.

No. 6960.

Circuit Court of Appeals, Sixth Circuit.

March 13, 1936.

Payne & Payne, of Detroit, Mich., for appellant.

Douglas, Barbour, Desenberg & Purdy, of Detroit, Mich., for appellees.

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing from the record that this action was not commenced (section 14067 of the Compiled Laws of Michigan 1929; Whalen v. Wayne Circuit Judge, 239 Mich. 482, 214 N.W. 410) within the time allowed therefor by the statute of limitations (section 13976 of the Compiled Laws of Michigan 1929) for the bringing of such actions, it is ordered that the judgment be affirmed.